48,837-05

From: Alfred Henderson
TDCJ No. 714885
C.T. Terrell Unit
1300 F.M. 655
Rosharon, Texas 77583

3/4/15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

TO: Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O Box 12308 Capitol Station
Austin, Texas 78711

RE: Ex parte Alfred Henderson
Cash No. 1286281 - A
Records and Motion filings

Dear Mr. Acosta

I am writing you today in regards to my writ of Habeas Corpus 11.07 that was filed in the 177th District Court, Harris County Texas Cash No. 1286281-A. On January 14, 2015 the presiding Judge signed the order for the clerk of court to prepare a transcript of all papers in Cash Number 1286281-A and transmit same to The Court of Criminal Appeals. However and of the contrary I have not received any type of notice that...

(1)

this court has even received the records from the trial court. Secondly on February 14, 2015 I, Applicant submitted for filing Applicants Motions for Leave to file Nunc Pro Tunc Motion to Correct Inaccuracies in trial Courts statement of facts and Time Credits. Additionally Applicants Motion for Specific Performance of Plea Agreement, Motion to set aside Judgment and Conviction by trial Court. In both of these matters I have not received notice by this court if these papers were filed and considered by this court. For these reasons mention Applicant is asking this court and clerk to be kind enough to provide me a list of Motions and Records that have been submitted for filing and have been entered on the docket in regards to this case.

   Applicant do greatly Appreciate your time and assistant in this matter and hope to hear from you soon. Thank you

Sincerely

Alfred Haden

TDCJ No. 714885

cc: filed